# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICHOLAS BARKSDALE HOWARD,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:16-cv-00631-RCJ-VPC

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 32), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 32) is **GRANTED**. Respondents will have through May 3, 2018, to file and serve a response to the amended petition (ECF No. 14).

DATED: March 6, 2018.

                                                      ROBERT C. JONES  
                                                      United States District Judge