# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS BARKSDALE HOWARD,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:16-cv-00631-RCJ-VPC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 41), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 41) is **GRANTED**. Respondents will have through July 23, 2018, to file a reply to petitioner's opposition (ECF No. 40).

DATED: July 6, 2018.

_____
ROBERT C. JONES
United States District Judge

1