UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS BARKSDALE HOWARD, | Case No. 3:16-cv-00631-RCJ-VPC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

The court found that part of ground 4 of the first amended petition (ECF No. 14) was partially unexhausted. ECF No. 45. The court also noted that ground 3, a claim of insufficiency of the evidence, likely is without merit unless compelling evidence supporting the claim existed in the state-court record. Id. Petitioner has filed a notice (ECF No. 46) abandoning ground 3 and the unexhausted part of ground 4. Good cause appearing;

IT THEREFORE IS ORDERED that respondents must file and serve an answer to the remaining claims within forty-five (45) days of the date of entry of this order. The answer must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file a reply within forty-five (45) days of the date of service of the answer.

DATED: May 21, 2019

_____
ROBERT C. JONES
United States District Judge